**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AUG 3 1 2017

CLERK, U.S. DISTRICT COURT.
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| JESSICA ARECHIGA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No: SA-15-CV-00817-OLG |
| | § | |
| | § | |
| | § | |
| CADIZ HOLDEN LIM, FIRST COALITION | § | |
| TRANSPORT CORPORATION, | § | |
| Defendants, | § | |

ORDER ADMINISTRATIVELY CLOSING CASE

On July 26, 2017, the Court was advised by counsel that this case settled.   Accordingly, the

Court hereby administratively CLOSES this case pending the filing of dismissal papers. The Clerk of

the Court is ORDERED to close this case upon entry of this Order.   If the parties wish to reopen this

case, they may do so by filing a motion to reopen.

It is so ORDERED.

Signed this ___31___ day of August, 2017.



_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE